CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 21 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MICHAEL BURNETTE CRIGGER, | Case No. 7:09CV00188 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| NEW RIVER VALLEY REGIONAL JAIL, | By: Glen E. Conrad |
| | United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and stricken from the active docket of the court.

ENTER: This 21st day of May, 2009.

/s/ Glen Conrad
United States District Judge